# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 695 |
| | : | |
| APPOINTMENTS TO THE CIVIL | : | CIVIL PROCEDURAL RULES DOCKET |
| PROCEDURAL RULES COMMITTEE | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 1st day of May, 2019, Clifford A. Rieders, Esquire, Lycoming County, and Maureen Murphy McBride, Esquire, Chester County, are hereby appointed as members of the Civil Procedural Rules Committee for a term of five years, commencing July 1, 2019.